# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEMARIAN A. CLEMONS,

    *Plaintiff*,

vs.

BRIAN WILLIAMS, SR., *et al.,*

    *Defendants*.

2:11-cv-00799-RLH-RJJ

ORDER

    Plaintiff, a Nevada state inmate, has filed an application (#1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

    The application is incomplete. Plaintiff did not attach an executed financial certificate and an inmate account statement. Both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

    IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* (#1) is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new complaint in a new action together with a new pauper application with all required attachments. The Clerk of Court shall send plaintiff a copy of the papers filed along with the complaint and pauper forms and instructions. The Clerk further shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: June 7, 2011.

_____
ROGER L. HUNT
United States District Judge